IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONDIGO LLC | : | CIVIL ACTION |
| v. | : | |
| INTELLIARMORE LLC | : | No. 20-1126 |
| | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Wednesday, August 19, 2020. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A BYRNE FEDERAL COURTHOUSE, 601 MARKET STREET, PHILADELPHIA PA 19106. PLEASE REPORT TO COURTROOM 5-C.** NOTE: Arbitrators shall not participate in settlement discussions.

                                            Kate Barkman
                                            Clerk of Court


                                            By: /s/ Amanda Frazier
                                            Amanda Frazier
                                            Deputy Clerk
                                            Phone: (267) 299-7177

Date: April 7, 2020