IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONDIGO LLC, | : | CIVIL ACTION |
| | : | NO. 20-1126 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| INTELLIARMOR LLC, | : | |
| | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, this **28th** day of **September, 2021,** upon the unopposed request to continue the hearing previously scheduled for **October 12, 2021** at **12:00 P.M.**, it is hereby **ORDERED** that the hearing on Plaintiff's request for trial de novo [ECF No. 24] and Defendant's motion to strike Plaintiff's request [ECF No. 26] shall be set for **October 28, 2021** at **2:00 P.M.** at the United States Courthouse, 601 Market Street, Philadelphia, PA in Courtroom 15A.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**