IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONDIGO LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INTELLIARMOR LLC | : | NO. 20-1126 |

## O R D E R

    AND NOW, this 3rd day of November, 2021, in this de novo bench trial after arbitration, the parties having consented to magistrate judge jurisdiction and the case having been referred by the Honorable Eduardo Robreno (Doc. 36), the following schedule is HEREBY ORDERED in the above captioned matter.

    1.    A Pretrial Stipulation, signed by all counsel, shall be filed by December 3, 2021.  (See Standing Order Re Pretrial Stipulation, attached hereto).

    2.    A Final Pretrial Conference will be held in Chambers, Room 2028 U.S. Courthouse, 601 Market Street at 9:30 a.m. on December 20, 2021.

    3.    Trial will commence at 9:30 a.m. on January 10, 2022.

    If any of the documents required by this Order are not electronically filed, counsel shall have a copy hand delivered to Chambers on the day of filing.  The deadlines listed above are subject to revision only by the Court and only for good cause.  A stipulation among counsel will not alter the Court's calendar.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____

ELIZABETH T. HEY, U.S.M.J.

JUDGE HEY'S STANDING ORDER RE PRETRIAL STIPULATION

(BENCH TRIAL)

In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(1) and (2), a Pretrial Stipulation shall be submitted, containing the following:

1. Agreed facts. A conscientious effort should be made to narrow the areas of dispute.

2. Each party's disputed facts.

3. Each party's exhibits, as marked for trial. (Any objections to authenticity should be noted or will be considered waived. Exhibits shall be provided to the Court in the form of a jointly prepared, loose leaf Exhibit Book separately numbering Joint Exhibits, Plaintiff's Exhibits, and Defendant's Exhibits.) If counsel expect to utilize oversized exhibits, please make the court aware so that we may make arrangements with Court Security Officers.

4. Each party's witnesses and the subject matter of the witness's testimony.

5. Unusual issues - contentions and authority.

6. Proposed findings of fact and conclusions of law (THESE ITEMS ARE TO BE SUBMITTED IN HARD COPY AND EMAILED TO THE LAW CLERK ASSIGNED TO THE CASE.).

7. Judge Hey has a fully electronic courtroom. If you need assistance with the technology, please call Ed Morrissy at 267-299-7044. If you need to familiarize yourself with the equipment, contact our chambers to arrange access to the courtroom at least two weeks prior to trial.

8. The signed approval of trial counsel for each party.

IT SHALL BE THE RESPONSIBILITY OF PLAINTIFF'S COUNSEL TO CIRCULATE A DRAFT OF THIS PRETRIAL STIPULATION AT LEAST ONE WEEK BEFORE IT IS DUE.